# United States District Court
## *Southern District of Georgia*

Jonathan Edward Newman

_____
Plaintiff

v.

Leland Dudek, Acting
Commissioner of Social Security

_____
Defendant

Case No. 6:25-cv-00026-JRH-BKE

Appearing on behalf of

Plaintiff, Jonathan Edward Newman
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __14th__ day of __April__, __2025__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Karl E. Osterhout |
| Business Address: | Osterhout Berger Daley, LLC |
| | Firm/Business Name |
| | 521 Cedar Way, Suite 200 |
| | Street Address |

| Street Address (con't) | Oakmont | PA | 15139 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 412-794-8003 | | N/A | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| Email Address: | kosterhout@obd.law |
|---|---|