IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

JOHNATHAN EDWARD NEWMAN,      )
                             )
        Plaintiff,           )
                             )
    v.                       )          CV 625-026
                             )
FRANK BISIGNANO, Commissioner of  )
Social Security Administration,   )
                             )
        Defendant.           )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the

Clerk to **ENTER** a final judgment in favor of the Commissioner.

SO ORDERED this ___16th___ day of July, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA